UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 19-7397-JFW (KS)                                                      Date: January 14, 2020

Title     *Arvello Tufono v. Mark Ward, et al*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On August 26, 2019, 2019, Plaintiff, a California state prisoner who is proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint ("Complaint"). (Dkt. No. 1.) Plaintiff sues the following individuals employed by the California Department of Corrections and Rehabilitation ("CDCR") at the California Men's Colony ("CMC") in San Luis Obispo: Dr. Mark Ward, in his individual capacity; Register Nurse Tefera Tesfaye, in his individual capacity; Register Nurse Yvette Toth, in her individual capacity; Register Nurse David Weikum, in his individual capacity; Register Nurse Masigman, in her individual capacity; and Register Nurse Brooks, in his individual capacity. (Complaint at 11-12.)[1] The Complaint alleges that Defendants were deliberately indifferent to Plaintiff's serious medical needs, and, in particular, his need to receive his prescribed dosage of anti-seizure medication on a daily basis. (*See* Complaint at 13-16.)

On October 10, 2019, the Court directed service of process on the named CDCR defendants. (Dkt. Nos. 10-12.) The Court also ordered Plaintiff to file with the Court, no later than November 9, 2019, copies of the USM-285 forms that he submitted to the United States Marshal. (Dkt. No. 11.) Plaintiff subsequently sought, and received, an extension of the November 9, 2019 deadline and was ordered to submit the USM-285 forms no later than December 24, 2019. (Dkt. No. 15.)

More than two weeks have now passed since Plaintiff's December 24, 2019 deadline for filing copies of the USM-285 forms, and the Court has not received copies of Plaintiff's completed

---

[1] The Complaint and its attachments are cited as though they formed a single consecutively paginated document.

USM-285 forms. Accordingly, the Court may now recommend dismissal of the action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, which states that a civil action is subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order."

However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before February 4, 2020**, why the Court should not recommend that this action be dismissed for failure to prosecute and comply with court orders. If Plaintiff wishes to proceed with this action, he may discharge this Order by filing <u>one</u> of the following:

(1) copies of the USM-285 forms that were provided to the United States Marshal Service;

(2) a request for an extension of time to submit the USM-285 forms to the Court; or

(3) a declaration signed under penalty of perjury that establishes that Plaintiff timely submitted the USM-285 to the U.S. Marshal.

Alternatively, if Plaintiff does not wish to pursue this action, he may file a <u>signed</u> document entitled "Notice Of Voluntary Dismissal" pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**Plaintiff is advised that the failure to timely comply with this order may result in the dismissal of this case pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1.**

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | gr |