UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  CV 19-7397-JFW (KS)                                         Date: July 2, 2021
Title     *Arvello Tufono v. Mark Ward, et al.*

Present: The Honorable:    Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On August 26, 2019, Plaintiff, a California state prisoner proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint (the "Complaint") asserting deliberate indifference to his serious medical needs against six Defendants.  (Dkt. No. 1.)  On September 24, 2020, the Court granted in part and denied in part Defendants' Motion to Dismiss the Complaint, dismissing claims against two of the six Defendants named in the Complaint.  (Dkt. No. 49.)  On October 2, 2020, the four remaining Defendants filed Answers to the Complaint.  (Dkt. Nos. 50-53.)

On November 9, 2020, the Court entered a case management and scheduling order, which, *inter alia*, directed the parties to complete all discovery on or before May 8, 2021 and to file status reports no later than March 9, 2020.  (Dkt. No. 54.)  On January 29, 2021, the Court granted Plaintiff's request for an extension of the deadlines in the scheduling order to the extent that the discovery cutoff date was extended to August 6, 2021 and the parties' deadline to file status reports with the Court was extended to June 7, 2021.  (Dkt. No. 58.)  On May 26, 2021, the four Defendants in the case filed a Status Report.  (Dkt. No. 65.)

To date, the Court has received no status report or other communication from Plaintiff concerning this case since he requested appointment of counsel in February 2021, which the Court denied.  (*See* Dkt. No. 60, 62.)  More than three weeks have now passed since Plaintiff's deadline for filing a status report.

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, the Court may dismiss a civil action if the plaintiff "fails to prosecute or to comply with these rules or a court order."  However, in the interests of justice, the Court elects not to dismiss this case at this time, and instead

**CIVIL MINUTES – GENERAL**

Case No.   CV 19-7397-JFW (KS)                                                    Date: July 2, 2021

Title   *Arvello Tufono v. Mark Ward, et al.*

Plaintiff is **ORDERED TO SHOW CAUSE on or before July 16, 2021** why the Court should not recommend dismissal for failure to prosecute and comply with court orders.

**If Plaintiff wishes to proceed with this action, he may discharge this Order by filing a status report that complies with the Court's scheduling order.** For Plaintiff's convenience, the Clerk is directed to send Plaintiff copies of the Court's November 9, 2020 scheduling order (Dkt. No. 54) and Defendants' status report (Dkt. No. 65).

Alternatively, if Plaintiff does not wish to pursue this action, he may file a document entitled "Notice Of Dismissal" pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**Plaintiff is advised that his failure to timely comply with this order may result in the dismissal of his case pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Local Rule 41-1.**

|  | : |
|---|---|
| **Initials of Preparer** | gr |